UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| VIRGINA L. GIUFFRE, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GHISLAINE MAXWELL, <br><br> Defendant-Appellee. | Nos. 24-182 (L); 24-203 |

### SUGGESTION OF DEATH OF VIRGINIA L. GIUFFRE

Counsel for Appellant Virginia L. Giuffre ("Giuffre") suggests on the record, pursuant to Rule 43(a) of the Federal Rules of Appellate Procedure, that Giuffre passed away on April 25, 2025. Counsel is still in the process of identifying the decedent's personal representative but believes that the Court should proceed on the briefs in Giuffre's appeal as previously filed before her death. Giuffre's death should not affect the Court's resolution of the separate appeal filed by Appellants Julie Brown and the Miami Herald.

Dated: May 5, 2025
Fort Lauderdale, FL

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

 /s/ *Sigrid S. McCawley*
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas. Blvd., Ste. 1200 Fort Lauderdale, FL 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

*Counsel for Appellant*