UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>          Plaintiff-Appellant,<br><br>JULIE BROWN, MIAMI HERALD MEDIA COMPANY<br><br>          Intervenors-Appellants.<br><br>v.<br><br>GHISLAINE MAXWELL,<br><br>          Defendant-Appellee. | Nos. 24-182 (L); 24-203 |

## RESPONSE TO JULY 9, 2025 ORDER

Counsel for Appellant Virginia L. Giuffre ("Giuffre") writes in response to the Court's July 9, 2025 Order (Dkt. 88.1) requesting that the parties advise whether it is expected that any person or entity will seek to substitute for Giuffre before the August 4, 2025 deadline under Rule 25(a)(1).

Giuffre does not expect to seek to substitute by the August 4, 2025 deadline, but intends to move for an extension of that deadline for the reasons set forth below. Because Giuffre resided in Australia and passed away intestate there, the Supreme Court of Western Australia has exclusive jurisdiction over the administration of her

1

estate. Because of a "probate caveat" that was lodged, the Australian court is unable to issue any letters of administration until a determination is made as to who is entitled to administer the estate. A case management conference is set for August 15, 2025. Although an interim administrator pendent lite may be appointed during a case management conference set for August 15, 2025, that determination has not yet been made.

Accordingly, we do not expect to be able to identify a substitute for Giuffre before August 4 and intend to file a separate motion to extend that deadline.

Dated:  July 21, 2025
        Fort Lauderdale, FL              Respectfully submitted,

                                         BOIES SCHILLER FLEXNER LLP

                                         /s/ *Sigrid S. McCawley*
                                         Sigrid S. McCawley
                                         Boies Schiller Flexner LLP
                                         401 E. Las Olas. Blvd., Ste. 1200
                                         Fort Lauderdale, FL 33301
                                         Tel.: (954) 356-0011
                                         Fax: (954) 356-0022
                                         Email: smccawley@bsfllp.com

                                         *Counsel for Appellant*