# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-five.

Before:    José A. Cabranes,
              Reena Raggi,
              Myrna Pérez,
                  *Circuit Judges*.

_____

Virginia Giuffre,

    Plaintiff - Appellant,

Julie Brown, Miami Herald Media Company,

    Intervenors - Appellants,

  v.

Ghislaine Maxwell,

    Defendant – Appellee.

_____

**JUDGMENT**

Docket Nos. 24-182(L), 24-203(Con)

    The appeals in the above captioned cases from orders of the United States District Court for the Southern District of New York were submitted on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's orders are AFFIRMED in part and VACATED in part, and the case is REMANDED to the district court for individualized review of materials consistent with this Court's opinion.

                            For the Court:
                            Catherine O'Hagan Wolfe,
                            Clerk of Court

